UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL ADAMS, | ) Case No. CV 15-1067-SJO (PJW) |
| Plaintiff, | ) J U D G M E N T |
| v. | ) |
| CDCR, ET. AL., | ) |
| Defendant. | ) |

Pursuant to the Order revoking Plaintiff's *in forma pauperis* status,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: January 27, 2016.

*S. James Otero*
_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

C:\Users\vcruz\AppData\Local\Temp\notesC7A056\~0920144.wpd